# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MANUEL SANCHEZ

*Plaintiff*

v.

WAYNE ASHTON, AND DEA AGENT,

*Defendant*

Civil Action No. 2:14-CV-00236-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Peterson on a motion for
Summary Judgment is GRANTED. Plaintiff's Complaint is DISMISSED with prejudice.


Date: September 24, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy

*(By) Deputy Clerk*